UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

CAROLYN LOPEZ; DAMIAN RAMOS
ESPINOSA; and CAROLYN LOPEZ on behalf of
C.L. JR,

                                Plaintiffs,

-against-

CITY OF NEW YORK; WALTER MARIN;
VINCENT BARESE; CHRISTOPHER THOMAS;
JOHN DOES #0-3,

                                Defendants.

**NOTICE OF APPLICATION FOR COSTS SOUGHT AGAINST PLAINTIFFS**

15-CV-7292 (ARR)

-------------------------------------------------------------- x
SHAMECCA BRYANT; RICARDO LOPEZ; and
LILLIAN LOPEZ,

                                Plaintiffs,

-against-

CITY OF NEW YORK; WALTER MARIN;
VINCENT BARESE; CHRISTOPHER THOMAS;
JOHN DOES #0-3,,

                                Defendants.

15-CV-7360 (ARR)

-------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that, upon defendants' Bill of Costs, the Declaration of Senior Counsel Suzanne E. Aribakan dated July 10, 2018, and the exhibits annexed thereto, and all other pleadings and proceedings herein, defendants will move this Court before the Judgment Clerk, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201 on July 26, 2018 at 10:00 A.M. or, as soon thereafter as counsel may be heard, at a time and date to be determined as convenient for the Court, for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure, Local Civil

Rule 54.1, and 28 U.S.C. §§1920 and 1923, granting fees and costs sought by defendants and granting such other relief that this Court deems proper.

Date: New York, New York
July 10, 2018

        **ZACHARY W. CARTER**
        Corporation Counsel of the
          City of New York
        *Attorney for Defendants*
        100 Church Street
        New York, New York 10007
        Tel.: (212) 356-2386

By:

          /s/
        Suzanne E. Aribakan
        *Senior Counsel*
        *Special Federal Litigation Division*

TO: <u>VIA ECF</u>
     Christopher Booth, Esq.
     Lipman & Booth LLP
     11 Broadway, Suite 967
     New York, NY 10007
     Tel.: (212) 363-6969
     Fax: (212) 363-6041
     Email: cbooth@lipmanandbooth.com

     Victor M Brown, Esq.
     11 Park Place, Suite 600
     New York, NY 10007
     Tel.: (212) 227-7373
     Fax: (212) 227-2330
     Email: vbrownlaw@yahoo.com
     *Attorneys for Plaintiffs*

15-CV-7292 (ARR) and 15-CV-7360 (ARR)

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

CAROLYN LOPEZ; DAMIAN RAMOS ESPINOSA; and CAROLYN LOPEZ on behalf of C.L. JR,

Plaintiffs,

-against-

CITY OF NEW YORK; WALTER MARIN; VINCENT BARESE; CHRISTOPHER THOMAS; JOHN DOES #0-3,

Defendants.

SHAMECCA BRYANT; RICARDO LOPEZ; and LILLIAN LOPEZ,

Plaintiffs,

-against-

CITY OF NEW YORK; WALTER MARIN; VINCENT BARESE; CHRISTOPHER THOMAS; JOHN DOES #0-3,

Defendants

**NOTICE OF APPLICATION FOR COSTS, BILL OF COSTS, AND DECLARATION IN SUPPORT OF DEFENDANTS' APPLICATION FOR COSTS AGAINST PLAINTIFFS, AND ANNEXED EXHIBITS**

*ZACHARY W. CARTER*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Suzanne E. Aribakan*
*Tel: (212) 356-2386*
*NYCLIS Nos. 2015-055050 & 2016-001622*

*Due and timely service is hereby admitted.*

*New York, N.Y.*.................................................................................... *201*

....................................................................................................

*Attorney for*................................................................................